UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Rachael Kozlowski, | Case No. 2:25-cv-00920-GMN-BNW |
| Petitioner, | **Order Denying Certificate of Appealability** |
| v. | |
| William Reubart, *et al.*, | |
| Respondents. | |

Rachael Kozlowski has submitted a *pro se* 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus to this Court. (ECF No. 1-1.) Apparently contemporaneously Kozlowski filed what she styled as a Notice of Appeal with the Ninth Circuit Court of Appeals. (ECF No. 2.) The Court notes that what she filed with the Ninth Circuit is a form for an appeal to the Nevada Supreme Court, so it is unclear what relief she actually seeks. In any event, this case has just been opened. There is no decision by this Court from which to appeal. Therefore, to the extent that it is necessary, the Court denies a Certificate of Appealability at this time.

IT IS THEREFORE ORDERED that a Certificate of Appealability is **DENIED**.

DATED: 6 June 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1