UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Rachael Kozlowski,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>William Reubart, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:25-cv-00920-GMN-BNW<br><br>**Order Directing Petitioner to File Application to Proceed *in Forma Pauperis* or Pay Filing Fee** |

　　　Petitioner submitted a *pro se* Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254. (ECF No. 1-1.) She has not, however, paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2. This action therefore is subject to dismissal without prejudice as improperly commenced. However, it is unclear from the papers presented whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action.

IT IS THEREFORE ORDERED that within **30 days** of the date of this order Petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis.*

IT IS FURTHER ORDERED that failure to do so may result in the dismissal of this action without prejudice and without further prior notice.

DATED: 24 June 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE