UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Rachel Kozlowski, | Case No. 2:25-cv-00920-GMN-BNW |
| Petitioner, | ORDER |
| v. | |
| William Reubart, *et al.*, | |
| Respondents. | |

Rachel Kozlowski submitted a *pro se* 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus. (ECF No. 1-1.)  The Court denied her application to proceed *in forma pauperis* and ordered her to pay the $5.00 filing fee within 30 days. (ECF No. 10.)  That Order was served on Petitioner at her address of record. (*See id*.)  More than the allotted time has passed, and Petitioner has failed to comply with the Order or contact the Court in any way.  Petitioner was expressly advised that failure to pay the filing fee would result in the dismissal of this action without prejudice and without further prior notice.

It is therefore Ordered that the Clerk of Court detach and file the Petition at ECF No. 1-1.

It is further Ordered that the Petition is dismissed for failure to pay the filing fee.

It is further Ordered that a Certificate of Appealability will not issue.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED: October 2, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE